John A. Knox, WSBA #12707
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAURA ZAMORA JORDAN<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC<br><br>Defendant. | NO.<br><br>DECLARATION OF JOHN A. KNOX ATTACHING UNDERLYING STATE COURT DOCUMENTS |

I, John A. Knox, state and declare as follows:

1. I am a member of the law firm of Williams, Kastner & Gibbs PLLC, and one of the attorneys representing Nationstar Mortgage, LLC ("Nationstar") in this matter. I make this declaration based upon my own personal knowledge in support of Nationstar's Notice of Removal.

2. Attached hereto as Exhibit 1 is a true and correct copy of a Chelan County Superior Court Docket Report dated June 4, 2014, regarding the

DECLARATION OF JOHN A. KNOX ATTACHING UNDERLYING STATE COURT DOCUMENTS - 1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

4929845.1

1 underlying State Court action, *Laura Zamora Jordan v. Nationstar Mortgage,*

2 *LLC*, Cause No. 12-2-00382-2.

3     3.    Attached hereto as Exhibit 2, in parts, are true and correct copies of

4 the underlying State Court documents listed on the attached Exhibit 1.

5     The foregoing statement is made under penalty of perjury under the laws of

6 the United States of America and is true and correct.

7     Executed this 5th day of June, 2014, at Seattle, Washington.

8     s/ John A. Knox_____
John A. Knox, WSBA #12707
9 Attorneys for Defendant Nationstar
Mortgage, LLC
10 WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
11 Seattle, WA 98101-2380
Telephone: (206) 628-6600
12 Fax: (206) 628-6611
jknox@williamskastner.com

13

14

15

16

17

18

19

DECLARATION OF JOHN A. KNOX
ATTACHING UNDERLYING STATE COURT
DOCUMENTS - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

4929845.1

# DECLARATION OF SERVICE

I hereby declare under penalty of that on 5th day of June, 2014, I caused the foregoing subjoined document to be sent for filing with the Clerk of the Court and caused a true and correct copy of it to be mailed via United States Postal Service, postage prepaid, and will be served via email to counsel of record for plaintiff at the following addresses:

| | |
|---|---|
| Clay M. Gatens, WSBA #34102<br>Michelle A. Green, WSBA #40077<br>JEFFERS, DANIELSON, SONN & AYLWARD, P.S.<br>P.O. Box 1688<br>Wenatchee, WA 98807-1688<br>T: 509-662-3685; F: 509-662-2452<br>E-mail: clayg@jdsalaw.com;<br>michelleg@jdsalaw.com | Michael D. Daudt, WSBA #25690<br>Beau C. Haynes, WSBA #44240<br>TERRELL MARSHALL DAUDT &WILLIE PLLC<br>936 North 34th Street, Suite 300<br>Seattle, WA 98103<br>T: 206-816-6603 ; F: 206-350-3528<br>Email: mdaudt@tmdwlaw.com;<br>bhaynes@tmdwlaw.com |

Signed at Seattle, Washington this 5th day of June, 2014.

s/ John A. Knox_____
John A. Knox, WSBA #12707
Attorneys for Defendant Nationstar Mortgage, LLC
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Ph: (206) 628-6600; Fax: (206) 628-6611
jknox@williamskastner.com

DECLARATION OF JOHN A. KNOX ATTACHING UNDERLYING STATE COURT DOCUMENTS - 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

4929845.1