John A. Knox, WSBA #12707
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
E-mail: jknox@williamskastner.com
Attorneys for Defendant Nationstar
Mortgage LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAURA ZAMORA JORDAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>　　　　Defendant. | NO. 2:14-cv-00175 TOR<br><br>**CORPORATE DISCLOSURE STATEMENT BY DEFENDANT NATIONSTAR MORTGAGE LLC**<br><br>CLASS ACTION |

COMES NOW Defendant Nationstar Mortgage LLC, by and through its counsel, and pursuant to Fed. R. Civ. P. 7.1(a) does hereby certify as follows:

Nationstar Mortgage LLC ("Nationstar") is an indirect, wholly-owned subsidiary of a publicly-traded company, Nationstar Mortgage Holdings Inc. ("NSM Holdings"), a Delaware corporation.

Nationstar is directly owned by two entities: (1) Nationstar Sub1 LLC

CORPORATE DISCLOSURE STATEMENT BY
DEFENDANT NATIONSTAR MORTGAGE - 1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

5424242.1

1  ("Sub1") (99%) and (2) Nationstar Sub2 LLC ("Sub2") (1%). Both Sub1 and

2  Sub2 are Delaware limited liability companies. Sub1 and Sub2 are both 100%

3  owned by NSM Holdings.

4      The stock of NSM Holdings is owned approximately 80% by FIF HE

5  Holdings LLC, a Delaware limited liability company, and approximately 20% by

6  public stockholders.

7      Dated this 14th day of May, 2015.

8
    s/ John A. Knox
John A. Knox, WSBA #12707
9  WILLIAMS, KASTNER & GIBBS PLLC
10 601 Union Street, Suite 4100
Seattle, WA 98101-2380
11 Telephone: (206) 628-6600
Fax: (206) 628-6611
12 E-mail: jknox@williamskastner.com

13 Jan T. Chilton (admitted pro hac vice)
Andrew W. Noble (admitted pro hac vice)
14 SEVERSON & WERSON,
A Professional Corporation
15 One Embarcadero Center, 26th Floor
San Francisco, CA 94111
16 Telephone: (415) 398-3344
Fax: (415) 956-0439
17 E-mail: jtc@severson.com;
awn@severson.com
18

19 Attorneys for Defendant Nationstar Mortgage LLC

CORPORATE DISCLOSURE STATEMENT BY
DEFENDANT NATIONSTAR MORTGAGE - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

5424242.1

# DECLARATION OF SERVICE

I hereby declare under penalty of perjury under the laws of the United States that on the 14th day of May, 2015, the foregoing document was e-filed with the Clerk of the Court via CM/ECF which caused a true and correct copy of it to be e-mailed to counsel of record for Plaintiff below:

| | |
|---|---|
| Clay M. Gatens, WSBA #34102<br>JEFFERS, DANIELSON, SONN & AYLWARD, P.S.<br>2600 Chester Kimm Road<br>P.O. Box 1688<br>Wenatchee, WA  98807-1688<br>T: (509) 662-3685; F: (509) 662-2452<br>E-mail:  clayg@jdsalaw.com | Michael D. Daudt, WSBA #25690<br>TERRELL MARSHALL DAUDT & WILLIE PLLC<br>936 North 34th Street, Suite 300<br>Seattle, WA 98103<br>T: (206) 816-6603; F: (206) 350-3528<br>E-mail:  mdaudt@tmdwlaw.com |

Signed at Seattle, Washington this 14th day of May, 2015.

s/ John A. Knox
John A. Knox, WSBA #12707
Attorneys for Defendant Nationstar Mortgage LLC
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone:  (206) 628-6600
Fax:  (206) 628-6611
E-mail:  jknox@williamskastner.com

CORPORATE DISCLOSURE STATEMENT BY DEFENDANT NATIONSTAR MORTGAGE - 3

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

5424242.1