John A. Knox, WSBA #12707
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
E-mail: jknox@williamskastner.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAURA ZAMORA JORDAN,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>Defendant. | NO. 2:14-cv-00175 TOR<br><br>**STIPULATION FOR ENTRY OF ORDER RECALLING REMAND**<br><br>CLASS ACTION |

### STIPULATION

Plaintiff Laura Zamora Jordan ("Jordan") and defendant Nationstar Mortgage LLC ("Nationstar") stipulate as follows:

**Recitals**

1. Jordan commenced this action in the Chelan County Superior Court on April 3, 2012 as action no. 12-2-00385-2.

2. On June 5, 2014, Nationstar filed a notice of removal, removing the

STIPULATION FOR ENTRY OF ORDER
RECALLING REMAND - 1

1  action to the above-captioned Court.

2      3.    On September 9, 2014, the Court entered its Order Granting
3  Plaintiff's Motion to Remand this action to state court. (ECF No. 18.) The order
4  provided that "[t]he Court hereby REMANDS to the Chelan County Superior
5  Court, State of Washington, for all remaining proceedings," and it directed the
6  District Court Executive to mail a certified copy of the order to the Clerk of the
7  Chelan County Superior Court.

8      4.    On September 10, 2014, the District Court Executive sent a Notice
9  of Remand together with a certified copy of the Court's September 9 Order to the
10 Chelan County Superior Court, which acknowledged receipt of the Notice and
11 Order on September 12, 2014.

12     5.    On September 17, 2014, Nationstar filed its petition for leave to
13 appeal the Court's September 9 remand order.

14     6.    On October 24, 2014, the Court entered its Order Granting
15 Plaintiff's Motion for Attorney Fees. (ECF No. 24.)

16     7.    Nationstar filed a notice of appeal from the October 24, 2014 Order
17 on November 5, 2014.

18     8.    To stay execution on the October 24, 2014 Order pending appeal,
19 Nationstar posted Argonaut Insurance Company's $25,000 surety bond on

STIPULATION FOR ENTRY OF ORDER
RECALLING REMAND - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

5434753.1

November 7, 2014.  (ECF No. 34.)

9. On February 9, 2015, the United States Court of Appeals for the Ninth Circuit granted Nationstar leave to appeal from the Court's September 9, 2014 Order Granting Plaintiff's Motion to Remand and consolidated that appeal with Nationstar's appeal from the Court's October 24, 2014 Order Granting Plaintiff's Motion for Attorney Fees.

10. On April 1, 2015, the Court of Appeals entered its opinion and judgment, reversing this Court's September 9, 2014 remand order and its October 24, 2014 order awarding attorney fees.  *Jordan v. Nationstar Mortgage, LLC,* 781 F.3d 1178 (9th Cir. 2015).  (ECF No. 39.)

11. On May 4, 2015, the Court of Appeals denied Jordan's petition for panel rehearing.  (ECF No. 40.)  On May 14, 2015, the Court of Appeals issued its mandate, returning the action to this Court for further proceedings consistent with the views expressed in the Court of Appeals' opinion.  (ECF No. 41.)

**Stipulation**

Based on the foregoing recitals, Jordan and Nationstar stipulate to the Court's entry of the Order Recalling Remand attached as Exhibit A to this Stipulation.

STIPULATION FOR ENTRY OF ORDER RECALLING REMAND - 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

5434753.1

Dated this 20th day of May, 2015.

| | |
|---|---|
| s/ Clay M. Gatens | s/ John A. Knox |
| Clay M. Gatens, WSBA #34102 | John A. Knox, WSBA #12707 |
| JEFFERS, DANIELSON, SONN & AYLWARD, P.S. | WILLIAMS, KASTNER & GIBBS PLLC |
| 2600 Chester Kimm Road | 601 Union Street, Suite 4100 |
| P.O. Box 1688 | Seattle, WA 98101-2380 |
| Wenatchee, WA 98807-1688 | Telephone:  (206) 628-6600 |
| Telephone:  (509) 662-3685 | Fax:  (206) 628-6611 |
| Fax:  (509) 662-2452 | E-mail:  jknox@williamskastner.com |
| E-mail:  clayg@jdsalaw.com | |
| | Jan T. Chilton (admitted pro hac vice) |
| Michael D. Daudt, WSBA #25690 | Andrew W. Noble (admitted pro hac vice) |
| Terrell Marshall Daudt & Willie PLLC | SEVERSON & WERSON, |
| 936 North 34th Street, Suite 300 | A Professional Corporation |
| Seattle, WA 98103 | One Embarcadero Center, 26th Floor |
| Telephone:  (206) 816-6603 | San Francisco, CA 94111 |
| Fax:  (206) 350-3528 | Telephone:  (415) 398-3344 |
| E-mail:  mdaudt@tmdwlaw.com | Fax:  (415) 956-0439 |
| | E-mail:  jtc@severson.com; awn@severson.com |
| Attorneys for Plaintiff | |
| | Attorneys for Defendant |

STIPULATION FOR ENTRY OF ORDER RECALLING REMAND - 4

5434753.1

## DECLARATION OF SERVICE

I hereby declare under penalty of perjury under the laws of the United States that on the 20th day of May, 2015, the foregoing document was e-filed with the Clerk of the Court via CM/ECF which caused a true and correct copy of it to be e-mailed to counsel of record for Plaintiff below:

| | |
|---|---|
| Clay M. Gatens, WSBA #34102<br>JEFFERS, DANIELSON, SONN & AYLWARD, P.S.<br>2600 Chester Kimm Road<br>P.O. Box 1688<br>Wenatchee, WA  98807-1688<br>T: (509) 662-3685; F: (509) 662-2452<br>E-mail:  clayg@jdsalaw.com | Michael D. Daudt, WSBA #25690<br>TERRELL MARSHALL DAUDT & WILLIE PLLC<br>936 North 34th Street, Suite 300<br>Seattle, WA 98103<br>T: (206) 816-6603; F: (206) 350-3528<br>E-mail:  mdaudt@tmdwlaw.com |

Signed at Seattle, Washington this 20th day of May, 2015.

s/ John A. Knox
John A. Knox, WSBA #12707
Attorneys for Defendant Nationstar Mortgage LLC
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone:  (206) 628-6600
Fax:  (206) 628-6611
E-mail:  jknox@williamskastner.com

STIPULATION FOR ENTRY OF ORDER RECALLING REMAND - 5

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

5434753.1