UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAURA ZAMORA JORDAN, as her separate estate, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company,<br><br>Defendant. | NO: 2:14-CV-0175-TOR<br><br>ORDER GRANTING IN PART NATIONSTAR'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

BEFORE THE COURT is Nationstar's Motion for Partial Summary Judgment (ECF No. 45). This matter, among others, was heard with oral argument on July 30, 2015. Clay M. Gatens appeared on behalf of Plaintiff and others similarly situated. Jan T. Chilton and John A. Knox appeared on behalf of Defendant.

ORDER GRANTING IN PART NATIONSTAR'S MOTION FOR PARTIAL SUMMARY JUDGMENT ~ 1

Nationstar moves for summary judgment on Plaintiff's individual Fair Debt Collection Practices Act ("FDCPA") claim. ECF No. 45 at 23-24.

Plaintiff concedes, in light of Nationstar's representation that it obtained Plaintiff's loan prior to default, that summary judgment should be entered on this claim. ECF No. 57 at 19; *see De Dios v. Int'l Realty & Invs.*, 641 F.3d 1071, 1074 (9th Cir. 2011) (explaining that "debt collector" under the FDCPA excludes "any person collecting or attempting to collect any debt owed or due . . . to the extent such activity . . . concerns a debt which was not in default *at the time it was obtained* by such person") (emphasis in original).

Accordingly, Nationstar's Motion for Partial Summary Judgment (ECF No. 45) is **GRANTED in part**. Plaintiff's individual FDCPA claim is **DISMISSED**.

**ACCORDINGLY, IT IS ORDERED:**

Nationstar's Motion for Partial Summary Judgment (ECF No. 45) is **GRANTED in part**. Plaintiff's individual FDCPA claim is **DISMISSED**.

The District Court Executive is directed to enter this Order and provide copies to counsel.

**DATED** August 10, 2015



THOMAS O. RICE
United States District Judge

ORDER GRANTING IN PART NATIONSTAR'S MOTION FOR PARTIAL SUMMARY JUDGMENT ~ 2