| | |
|---|---|
| 1 | Beth E. Terrell, WSBA #26759 |
| 2 | Blythe H. Chandler, WSBA #43387 |
|   | Attorneys for Plaintiff |
| 3 | TERRELL MARSHALL LAW |
| 4 |   GROUP PLLC |
|   | 936 North 34th Street, Suite 300 |
| 5 | Seattle, Washington  98103 |
| 6 | Telephone:  (206) 816-6603 |
|   | Facsimile:  (206) 319-5450 |
| 7 | Email:  bterrell@terrellmarshall.com |
| 8 | Email: bchandler@terrellmarshall.com |
| 9 |   |
|   | [Additional Counsel Appear On Signature Page] |
| 10 |   |

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| LAURA ZAMORA JORDAN, as her separate estate, and on behalf of others similarly situated, | | NO. 2:14-cv-00175-TOR |
| | Plaintiff, | **NOTICE OF FIRM NAME AND EMAIL ADDRESS CHANGE** |
| v. | | CLASS ACTION |
| NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company, | | |
| | Defendant. | |

TO:   THE CLERK OF THE COURT; and
TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT effective immediately, Terrell Marshall Daudt & Willie PLLC has changed its name to Terrell Marshall Law Group

NOTICE OF FIRM NAME AND EMAIL ADDRESS
CHANGE - 1
CASE NO. 2:14-CV-00175-TOR

PLLC.  The firm's email addresses and website address have recently changed and appear below:

    Beth E. Terrell, WSBA #26759
    Email:  bterrell@terrellmarshall.com
    Blythe H. Chandler, WSBA #43387
    Email:  bchandler@terrellmarshall.com
    TERRELL MARSHALL LAW GROUP PLLC
    936 North 34th Street, Suite 300
    Seattle, Washington 98103
    Telephone:  (206) 816-6603
    Facsimile: (206) 319-5450
    www.terrellmarshall.com

 RESPECTFULLY SUBMITTED AND DATED this 29th day of October, 2015.

      TERRELL MARSHALL LAW GROUP PLLC

      By:   /s/ Beth E. Terrell, WSBA #26759
       Beth E. Terrell, WSBA #26759
       Blythe H. Chandler, WSBA #43387
       Attorneys for Plaintiffs
       936 North 34th Street, Suite 300
       Seattle, Washington  98103
       Telephone:  (206) 816-6603
       Facsimile: (206) 319-5450
       Email:  bterrell@terrellmarshall.com
       Email:  bchandler@terrellmarshall.com

| | |
|---|---|
| 1 | Clay M. Gatens, WSBA #34102 |
|  | Attorneys for Plaintiffs |
| 2 | JEFFERS, DANLIELSON, SONN |
| 3 |    & AYLWARD, P.S. |
|  | 2600 Chester Kimm Road |
| 4 | P.O. Box 1688 |
|  | Wenatchee, Washington  98807-1688 |
| 5 | Telephone: (509) 662-3685 |
| 6 | Facsimile: (509) 662-2452 |
|  | Email: ClayG@JDSALaw.com |
| 7 |  |
| 8 | Michael D. Daudt, WSBA #25690 |
|  | Attorneys for Plaintiffs |
| 9 | DAUDT LAW PLLC |
| 10 | 200 West Thomas Street, Suite 420 |
|  | Seattle, Washington 98119 |
| 11 | Telephone: (206) 445-7733 |
| 12 | Facsimile: (206) 445-7399 |
|  | Email: mike@daudtlaw.com |

NOTICE OF FIRM NAME AND EMAIL ADDRESS
CHANGE - 3
CASE NO. 2:14-CV-00175-TOR

## CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on October 29, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> John A. Knox, WSBA #12707
> Email:  jknox@williamskastner.com
> WILLIAMS, KASTNER & GIBBS PLLC
> 601 Union Street, Suite 4100
> Seattle, Washington  98101-2380
> Telephone: (206) 628-6600
> Facsimile:  (206) 628-6611
>
> Jan T. Chilton, *Admitted Pro Hac Vice*
> Andrew W. Noble, *Admitted Pro Hac Vice*
> Email:  jtc@severson.com
> Email:  awn@severson.com
> SEVERSON & WERSON, P.C.
> One Embarcadero Center, 26th Floor
> San Francisco, California  94111
> Telephone:  (415) 677-3344
> Facsimile:  (415) 956-0439
>
> *Attorneys for Defendant*

NOTICE OF FIRM NAME AND EMAIL ADDRESS
CHANGE - 4
CASE NO. 2:14-CV-00175-TOR

1 | DATED this 29th day of October, 2015.

TERRELL MARSHALL LAW
GROUP PLLC

By:  /s/ Beth E. Terrell, WSBA #26759
Beth E. Terrell, WSBA #26759
Attorneys for Plaintiffs
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
Email: bterrell@terrellmarshall.com

NOTICE OF FIRM NAME AND EMAIL ADDRESS
CHANGE - 5
CASE NO. 2:14-CV-00175-TOR