1

2

3

4

5               UNITED STATES DISTRICT COURT

6              EASTERN DISTRICT OF WASHINGTON

7    LAURA ZAMORA JORDAN, as her
     separate estate, and on behalf of others        NO:  2:14-CV-0175-TOR
8    similarly situated,
                                                     ORDER LIFTING THE STAY AND
9                         Plaintiff,                 DENYING MOTIONS FOR PARTIAL
                                                     SUMMARY JUDGMENT
10         v.

11   NATIONSTAR MORTGAGE, LLC, a
     Delaware limited liability company,
12
                          Defendant.
13

14         BEFORE THE COURT are Nationstar's Motion for Partial Summary

15   Judgment (ECF No. 45) and Plaintiff's Motion for Partial Summary Judgment

16   (ECF No. 61).  These matters were heard with oral argument on July 30, 2015.

17   Clay M. Gatens appeared on behalf of Plaintiff and others similarly situated.  Jan

18   T. Chilton and John A. Knox appeared on behalf of Defendant.

19         Following oral argument, the Court certified two questions of law to the

20   Washington Supreme Court.  ECF No. 72.  This Court stayed this case pending

     ORDER LIFTING THE STAY AND DENYING MOTIONS FOR PARTIAL
     SUMMARY JUDGMENT ~ 1

1   receipt of the Washington Supreme Court's answers to the certified questions.

2   ECF No. 72 at 9-10.  The Washington Supreme Court accepted the certified

3   questions and, on July 7, 2016, issued its decision.  *Jordan v. Nationstar Mortgage,*

4   *LLC*, No. 92081-8, slip op. (Wash. July 7, 2016).  Accordingly, the stay is hereby

5   **LIFTED**.

6          In light of the Washington Supreme Court's decision, the Court makes the

7   following rulings:

8          The Court **DENIES** Defendant's motion for partial summary judgment

9   (ECF No. 45), which asked this Court to find the provisions at issue within

10  Plaintiff's and class members' deeds of trust enforceable under Washington law.

11  The provisions, which allow the lender to take possession, are unenforceable under

12  Washington law.  As this Court previously ruled, Nationstar's motion for partial

13  summary judgment as it pertains to Plaintiff's individual Fair Debt Collection

14  Practices Act ("FDCPA") claim is **GRANTED**.  *See* ECF No. 71 (noting that

15  Plaintiff conceded this claim should be dismissed).

16         The Court also **DENIES** Plaintiff's motion for partial summary judgment

17  (ECF No. 61), which asked this Court to find that Washington law requires a

18  lender to obtain the borrower's post-default consent or permission from a court

19  before effectuating the disputed entry provisions.  The lender is not required to

20

obtain a court-appointed receiver pursuant to RCW chapter 7.60 in order to gain access to the encumbered property prior to foreclosure.

**ACCORDINGLY, IT IS ORDERED:**

1.  The Court-imposed stay (ECF No. 72) is hereby **LIFTED**.

2.  Nationstar's Motion for Partial Summary Judgment (ECF No. 45) is **DENIED in part and GRANTED in part**.  As this Court previously ruled, Defendant's motion, as it pertains to Plaintiff's individual FDCPA claim, is **GRANTED**.  *See* ECF No. 71.  As indicated herein, the remainder of Defendant's motion is **DENIED**.

3.  Plaintiff's Motion for Partial Summary Judgment (ECF No. 61) is **DENIED**.

4.  The District Court Executive is directed to enter this Order, provide copies to counsel, and issue a Bench Trial Scheduling Conference Notice so that this case may be scheduled for trial.

**DATED** July 21, 2016



THOMAS O. RICE
Chief United States District Judge

ORDER LIFTING THE STAY AND DENYING MOTIONS FOR PARTIAL
SUMMARY JUDGMENT ~ 3