1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                          EASTERN DISTRICT OF WASHINGTON

7    LAURA ZAMORA JORDAN, as her
     separate estate, and on behalf of others        NO:  2:14-CV-0175-TOR
8    similarly situated,

                                                     ORDER DENYING
9                              Plaintiff,            RECONSIDERATION

10        v.

11   NATIONSTAR MORTGAGE, LLC, a
     Delaware limited liability company,
12
                               Defendant.
13

14        BEFORE THE COURT is Nationstar's Motion for Reconsideration of July

15   21, 2016 Summary Judgment Order (ECF No. 82). This matter was submitted for

16   consideration without oral argument. The Court—having reviewed the briefing, the

17   record, and files therein—is fully informed.

18        On July 21, 2016, this Court ruled on the parties' summary judgment

19   motions and lifted the stay in this matter, finding that the Washington Supreme

20   Court had issued its decision on the certified questions on July 7, 2016. ECF No.

ORDER DENYING RECONSIDERATION ~ 1

1  80. However, Defendant timely moved for reconsideration of the state court

2  decision, *see* RAP 12.4(b), and the Washington Supreme Court's opinion was not

3  yet final, *see* RAP 12.5(c), 16.16(g). It is now final.  On August 29, 2016, the

4  Supreme Court denied the motion for reconsideration.  *See* ECF No. 89.

5      Accordingly, this Court denies Defendant's motion as moot.

6  **ACCORDINGLY, IT IS ORDERED:**

7      1.  Nationstar's Motion for Reconsideration of July 21, 2016 Summary

8  Judgment Order (ECF No. 82) is **DENIED**.

9      2.  The upcoming telephonic scheduling conference remains set.

10     3.  The District Court Executive is directed to enter this Order and provide

11  copies to counsel.

12     **DATED** September 2, 2016

13  

14                THOMAS O. RICE
              Chief United States District Judge

15

16

17

18

19

20

ORDER DENYING RECONSIDERATION ~ 2