1 | Beth E. Terrell, WSBA #26759
Blythe H. Chandler, WSBA #43387
2 | Attorneys for Plaintiff and the Class
TERRELL MARSHALL LAW GROUP PLLC
3 | 936 North 34th Street, Suite 300
Seattle, Washington 98103
4 | Telephone: (206) 816-6603
Facsimile: (206) 319-5450
5 | Email: bterrell@terrellmarshall.com
Email: bchandler@terrellmarshall.com

[Additional Counsel Appear On Signature Page]

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAURA ZAMORA JORDAN, as her separate estate, and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company,<br><br>        Defendant,<br><br>  and<br><br>FEDERAL HOUSING FINANCE AGENCY,<br><br>        Intervenor. | NO. 2:14-cv-00175-TOR<br><br>**NOTICE OF SETTLEMENT**<br><br>CLASS ACTION |

PLEASE TAKE NOTICE that the parties have reached an agreement in principle to settle this matter. The parties respectfully request that the Court strike

1 from the calendar the bench trial scheduled to commence on Monday, December
2 18, 2017. The parties will promptly provide to the Court a proposed schedule for
3 seeking preliminary approval of the settlement.

1 |     RESPECTFULLY SUBMITTED AND DATED this 15th day of
2 | December, 2017.
3 |                 TERRELL MARSHALL LAW GROUP PLLC
4 |            By:   /s/ Beth E. Terrell, WSBA #26759
               Beth E. Terrell, WSBA #26759
5 |                Blythe H. Chandler, WSBA #43387
               Attorneys for Plaintiff and the Class
6 |                936 North 34th Street, Suite 300
               Seattle, Washington 98103
7 |                Telephone: (206) 816-6603
               Facsimile: (206) 319-5450
8 |                Email:  bterrell@terrellmarshall.com
               Email:  bchandler@terrellmarshall.com
9 |
10 |                Clay M. Gatens, WSBA #34102
               Michelle A. Green, WSBA #40077
11 |                Attorneys for Plaintiff and the Class
               JEFFERS, DANLIELSON, SONN
12 |                  & AYLWARD, P.S.
               2600 Chester Kimm Road
13 |                P.O. Box 1688
               Wenatchee, Washington 98807-1688
14 |                Telephone: (509) 662-3685
               Facsimile: (509) 662-2452
15 |                Email: clayg@jdsalaw.com
               Email: michelleg@jdsalaw.com
16 |                Michael D. Daudt, WSBA #25690
               Attorneys for Plaintiff and the Class
17 |                DAUDT LAW PLLC
               2200 Sixth Avenue, Suite 1250
18 |                Seattle, Washington 98121
               Telephone: (206) 445-7733
19 |                Facsimile: (206) 445-7399
               Email: mike@daudtlaw.com
20 |

# CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on December 15, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> John A. Knox, WSBA #12707
> Attorneys for Defendant
> WILLIAMS, KASTNER & GIBBS PLLC
> 601 Union Street, Suite 4100
> Seattle, Washington 98101-2380
> Telephone:(206) 628-6600
> Facsimile: (206) 628-6611
> Email:  jknox@williamskastner.com
>
> Andrew W. Noble, *Admitted Pro Hac Vice*
> Jan T. Chilton, *Admitted Pro Hac Vice*
> Mary Kate Sullivan, *Admitted Pro Hac Vice*
> Mark D. Lonergan, *Admitted Pro Hac Vice*
> Attorneys for Defendant
> SEVERSON & WERSON, P.C.
> One Embarcadero Center, 26th Floor
> San Francisco, California 94111
> Telephone: (415) 677-3344
> Facsimile: (415) 956-0439
> Email:  awn@severson.com
> Email:  jtc@severson.com
> Email: mks@severson.com
> Email:  mdl@severson.com
>
> Daniel J. Gibbons, WSBA #33036
> Attorneys for Intervenor Federal Housing Finance Agency
> WITHERSPOON KELLEY
> 422 West Riverside Avenue, Suite 1100
> Spokane, Washington 99201
> Telephone: (509) 624-5265
> Facsimile: (509) 458-2728
> Email:  djg@witherspoonkelley.com

NOTICE OF SETTLEMENT - 4
CASE NO. 2:14-CV-00175-TOR

Howard N. Cayne, *Admitted Pro Hac Vice*
David B. Bergman, *Admitted Pro Hac Vice*
Asim Varma, *Admitted Pro Hac Vice*
Attorneys for Intervenor Federal Housing Finance Agency
ARNOLD & PORTER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 942-5656
Facsimile: (202) 942-5999
Email: howard.cayne@aporter.com
Email: david.bergman@aporter.com
Email: asim.varma@aporter.com

DATED this 15th day of December, 2017.

      TERRELL MARSHALL LAW GROUP PLLC

      By:  /s/ Beth E. Terrell, WSBA #26759
        Beth E. Terrell, WSBA #26759
        Attorneys for Plaintiff and the Class
        936 North 34th Street, Suite 300
        Seattle, Washington 98103
        Telephone: (206) 816-6603
        Facsimile: (206) 319-5450
        Email: bterrell@terrellmarshall.com