Beth E. Terrell, WSBA #26759
Blythe H. Chandler, WSBA #43387
Attorneys for Plaintiff and the Class
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
Email: bterrell@terrellmarshall.com
Email: bchandler@terrellmarshall.com

[Additional Counsel Appear On Signature Page]

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAURA ZAMORA JORDAN, as her separate estate, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company,<br><br>Defendant,<br><br>and<br><br>FEDERAL HOUSING FINANCE AGENCY,<br><br>Intervenor. | NO. 2:14-cv-00175-TOR<br><br>**STIPULATION REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASSWIDE SETTLEMENT**<br><br>CLASS ACTION |

STIPULATION REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY
APPROVAL OF CLASSWIDE SETTLEMENT - 1
CASE NO. 2:14-CV-00175-TOR

# I. STIPULATION

1. Plaintiff Laura Zamora Jordan and Defendant Nationstar Mortgage LLC have reached an agreement in principle to settle this matter (ECF No. 297). The parties are working diligently to finalize a written settlement agreement that memorializes all terms of the settlement.

2. The parties previously advised the Court that they anticipated finalizing the written settlement agreement quickly, and that Plaintiff would be prepared to file her unopposed motion for preliminary approval of the settlement by January 31, 2018. ECF No. 299.

3. Based on the parties' stipulation, the Court set a deadline of January 31, 2018 for Plaintiff to file her unopposed motion for preliminary approval of the classwide settlement. ECF No. 300.

4. Despite the parties' diligence, their negotiation of the written terms of the settlement has taken longer than expected. As a result, the parties have not yet finalized the written settlement agreement and Plaintiff cannot file her preliminary approval motion as planned.

5. For the foregoing reasons, the parties jointly request that the Court extend to February 21, 2018, the deadline for Plaintiff to file her unopposed motion for preliminary approval of the settlement. The parties will meet this

deadline. The parties request that the Court order the motion be heard, either with or without argument, as soon thereafter as the Court's schedule permits.

STIPULATED TO AND DATED this 26th day of January, 2018.

| TERRELL MARSHALL LAW GROUP PLLC | WILLIAMS, KASTNER & GIBBS PLLC |
|---|---|
| By: /s/ Beth E. Terrell, WSBA #26759<br>Beth E. Terrell, WSBA #26759<br>Blythe H. Chandler, WSBA #43387<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103<br>Telephone: (206) 816-6603<br>Facsimile: (206) 319-5450<br>Email:  bterrell@terrellmarshall.com<br>Email: bchandler@terrellmarshall.com<br><br>Clay M. Gatens, WSBA #34102<br>Michelle A. Green, WSBA #40077<br>JEFFERS, DANLIELSON, SONN<br>   & AYLWARD, P.S.<br>2600 Chester Kimm Road<br>P.O. Box 1688<br>Wenatchee, Washington 98807<br>Telephone: (509) 662-3685<br>Facsimile: (509) 662-2452<br>Email: clayg@jdsalaw.com<br>Email: michelleg@jdsalaw.com | By: /s/ John A. Knox, WSBA #12707<br>John A. Knox, WSBA #12707<br>601 Union Street, Suite 4100<br>Seattle, Washington 98101-2380<br>Telephone: (206) 628-6600<br>Facsimile: (206) 628-6611<br>Email: jknox@williamskastner.com<br><br>Andrew W. Noble, WSBA # 50137<br>Mark D. Longergan, *Admitted Pro Hac Vice*<br>Jan T. Chilton, *Admitted Pro Hac Vice*<br>Mary Kate Sullivan, *Admitted Pro Hac Vice*<br>SEVERSON & WERSON, P.C.<br>One Embarcadero Center<br>26th Floor<br>San Francisco, California 94111<br>Telephone: (415) 677-3344<br>Facsimile: (415) 956-0439<br>Email:  awn@severson.com<br>Email: mdl@severson.com<br>Email:  jtc@severson.com<br>Email: mks@severson.com<br><br>*Attorneys for Defendant* |

STIPULATION REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY
APPROVAL OF CLASSWIDE SETTLEMENT - 3
CASE NO. 2:14-CV-00175-TOR

1. Michael D. Daudt, WSBA #25690
   Attorneys for Plaintiffs
2. DAUDT LAW PLLC
   2200 Sixth Avenue, Suite 1250
3. Seattle, Washington 98121
   Telephone: (206) 445-7733
4. Facsimile: (206) 445-7399
   Email: mike@daudtlaw.com
5.
   *Attorneys for Plaintiff*

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I, Beth E. Terrell, hereby certify that on January 26, 2018, I electronically |
| 3 | filed the foregoing with the Clerk of the Court using the CM/ECF system which |
| 4 | will send notification of such filing to the following: |

    John A. Knox, WSBA #12707
    Attorneys for Defendant
    WILLIAMS, KASTNER & GIBBS PLLC
    601 Union Street, Suite 4100
    Seattle, Washington 98101-2380
    Telephone:(206) 628-6600
    Facsimile: (206) 628-6611
    Email: jknox@williamskastner.com

    Andrew W. Noble, WSBA # 50137
    Jan T. Chilton, *Admitted Pro Hac Vice*
    Mary Kate Sullivan, *Admitted Pro Hac Vice*
    Mark D. Lonergan, *Admitted Pro Hac Vice*
    Attorneys for Defendant
    SEVERSON & WERSON, P.C.
    One Embarcadero Center, 26th Floor
    San Francisco, California 94111
    Telephone: (415) 677-3344
    Facsimile: (415) 956-0439
    Email: awn@severson.com
    Email: jtc@severson.com
    Email: mks@severson.com
    Email: mdl@severson.com

STIPULATION REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY
APPROVAL OF CLASSWIDE SETTLEMENT - 5
CASE NO. 2:14-CV-00175-TOR

1  Daniel J. Gibbons, WSBA #33036
   Attorneys for Intervenor Federal Housing Finance Agency
2  WITHERSPOON KELLEY
   422 West Riverside Avenue, Suite 1100
3  Spokane, Washington 99201
   Telephone: (509) 624-5265
4  Facsimile: (509) 458-2728
   Email: djg@witherspoonkelley.com
5
   Howard N. Cayne, *Admitted Pro Hac Vice*
6  David B. Bergman, *Admitted Pro Hac Vice*
   Asim Varma, *Admitted Pro Hac Vice*
7  Attorneys for Intervenor Federal Housing Finance Agency
   ARNOLD & PORTER LLP
8  601 Massachusetts Avenue, N.W.
   Washington, D.C. 20001
9  Telephone: (202) 942-5656
   Facsimile: (202) 942-5999
10 Email: howard.cayne@aporter.com
   Email: david.bergman@aporter.com
11 Email: asim.varma@aporter.com

12 DATED this 26th day of January, 2018.

13                TERRELL MARSHALL LAW GROUP PLLC

14                By:   /s/ Beth E. Terrell, WSBA #26759
                     Beth E. Terrell, WSBA #26759
15                   Attorneys for Plaintiff and the Class
                     936 North 34th Street, Suite 300
16                   Seattle, Washington 98103
                     Telephone: (206) 816-6603
17                   Facsimile: (206) 319-5450
                     Email: bterrell@terrellmarshall.com
18

19

20

STIPULATION REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY
APPROVAL OF CLASSWIDE SETTLEMENT - 6
CASE NO. 2:14-CV-00175-TOR