| | |
|---|---|
| 1 | Clay M. Gatens, WSBA #34102 |
| | Attorneys for Plaintiff |
| 2 | JEFFERS, DANIELSON, SONN & AYLWARD, P.S. |
| | 2600 Chester Kimm Road |
| 3 | P.O. Box 1688 |
| | Wenatchee, Washington 98807 |
| 4 | Telephone: (509) 662-3685 |
| | Facsimile: (509) 662-2452 |
| 5 | Email: clayg@jdsalaw.com |

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

LAURA ZAMORA JORDAN, as her separate estate, and on behalf of others similarly situated,

　　　　　　Plaintiffs,

vs.

NATIONSTAR MORTGAGE, LLC, a Delaware Limited liability company,

　　　　　　Defendant,

and

FEDERAL HOUSING FINANCE AGENCY,

　　　　　　Intervenor-Defendant.

NO. 2:14-CV-00175-TOR

**STIPULATION REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASSWIDE SETTLEMENT**

CLASS ACTION

STIPULATION REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASSWIDE SETTLEMENT - 1
42H9879

## I. STIPULATION

1. Plaintiff Laura Zamora Jordan and Defendant Nationstar Mortgage LLC have reached an agreement in principle to settle this matter (ECF No. 297). The parties are working diligently to finalize a written settlement agreement that memorializes all terms of the settlement.

2. The parties previously advised the Court that they anticipated finalizing the written settlement agreement quickly, and that Plaintiff would be prepared to file her unopposed motion for preliminary approval of the settlement by January 31, 2018. ECF No. 299.

3. Based on the parties' stipulation, the Court set a deadline of January 31, 2018 for Plaintiff to file her unopposed motion for preliminary approval of the classwide settlement. ECF No. 300.

4. Subsequent to that Order, the parties submitted a request that the court extend the deadline for Plaintiff to file her unopposed motion for preliminary approval to February 21, 2018. ECF No. 301. An order approving this stipulation has not been entered.

5. Despite the parties' diligence, their continued negotiation of the written terms of the settlement has taken longer than expected. The parties are, in fact, returning to mediation to assist in working out the details of the settlement

**Jeffers, Danielson, Sonn & Aylward, P.S.**
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, Washington 98807-1688
Telephone: (509) 662-3685 / Facsimile: (509) 662-2452

agreement. As a result, the parties have not yet finalized the written settlement agreement and Plaintiff cannot file her preliminary approval motion as planned.

6. In light of these developments and for the foregoing reasons, the parties jointly request that the Court vacate the February 21, 2018 deadline for plaintiff to file her motion for preliminary approval of the settlement, and that March 23, 2018 be set as the deadline for the parties to file a revised proposed schedule for seeking preliminary approval of the settlement.

STIPULATED TO AND DATED this 21st day of February, 2018.

| JEFFERS, DANIELSON, SONN & AYLWARD, P.S. | WILLIAMS, KASTNER & GIBBS PLLC |
|---|---|
| By: s/Clay M. Gatens, WSBA #34102<br>Clay M. Gatens, WSBA #34102<br>Attorneys for Plaintiff and the Class<br>2600 Chester Kimm Road<br>P.O. Box 1688<br>Wenatchee, Washington 98807<br>Telephone: (509) 662-3685<br>Email: clayg@jdsalaw.com<br><br>Michael D. Daudt, WSBA #25690<br>Attorneys for Plaintiff and the Class<br>DAUDT LAW PLLC<br>2200 Sixth Avenue, Suite 1250<br>Seattle, Washington 98121<br>Telephone: (206) 445-7733<br>Email: mike@daudtlaw.com | By: s/John A. Knox, WSBA #12707<br>John A. Knox, WSBA #12707<br>Attorneys for Defendant<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380<br>Telephone: (206) 628-6600<br>Email: jknox@williamskastner.com<br><br>Andrew W. Noble, *Admitted Pro Hac Vice*<br>Jan T. Chilton, *Admitted Pro Hac Vice*<br>Mary K. Sullivan, *Admitted Pro Hac Vice*<br>Mark D. Lonergan, *Admitted Pro Hac Vice*<br>Attorneys for Defendant<br>SEVERSON & WERSON, PC<br>One Embarcadero Center, 26th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 677-344<br>Email: awn@severson.com<br>Email: jtc@severson.com<br>Email: mks@severson.com<br>Email: mdl@severson.com |

STIPULATION REGARDING PLAINTIFF'S
MOTION FOR PRELIMINARY APPROVAL OF
CLASSWIDE SETTLEMENT - 3
42H9879

Beth E. Terrell, WSBA #26759
Blythe H. Chandler, WSBA #43387
Attorneys for Plaintiff and the Class
TERRELL MARSHALL LAW
GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
Email:  bterrell@terrellmarshall.com
Email: bchandler@terrellmarshall.com

STIPULATION REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASSWIDE SETTLEMENT - 4
42H9879

**Jeffers, Danielson, Sonn & Aylward, P.S.**
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, Washington 98807-1688
Telephone: (509) 662-3685 / Facsimile: (509) 662-2452

# CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

John A. Knox, WSBA #12707
Attorneys for Defendant
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
Telephone:(206) 628-6600
Facsimile: (206) 628-6611
Email: jknox@williamskastner.com

Andrew W. Noble, *Admitted Pro Hac Vice*
Jan T. Chilton, *Admitted Pro Hac Vice*
Mary Kate Sullivan, *Admitted Pro Hac Vice*
Mark D. Lonergan, *Admitted Pro Hac Vice*
Attorneys for Defendant
SEVERSON & WERSON, P.C.
One Embarcadero Center, 26th Floor
San Francisco, California 94111
Telephone: (415) 677-3344
Facsimile: (415) 956-0439
Email: awn@severson.com
Email: jtc@severson.com
Email: mks@severson.com
Email: mdl@severson.com

STIPULATION REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASSWIDE SETTLEMENT - 5
42H9879

**Jeffers, Danielson, Sonn & Aylward, P.S.**
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, Washington 98807-1688
Telephone: (509) 662-3685 / Facsimile: (509) 662-2452

Daniel J. Gibbons, WSBA #33036
Attorneys for Intervenor Federal Housing Finance Agency
WITHERSPOON KELLEY
422 West Riverside Avenue, Suite 1100
Spokane, Washington 99201
Telephone: (509) 624-5265
Facsimile: (509) 458-2728
Email: djg@witherspoonkelley.com

Howard N. Cayne, *Admitted Pro Hac Vice*
David B. Bergman, *Admitted Pro Hac Vice*
Asim Varma, *Admitted Pro Hac Vice*
Attorneys for Intervenor Federal Housing Finance Agency
ARNOLD & PORTER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 942-5656
Facsimile: (202) 942-5999
Email: howard.cayne@aporter.com
Email: david.bergman@aporter.com
Email: asim.varma@aporter.com

DATED this 21st day of February, 2018.

JEFFERS, DANIELSON, SONN
 & AYLWARD, P.S.

By: /s/ Clay M. Gatens, WSBA #34102
 Clay M. Gatens, WSBA #34102
 Attorney for Plaintiffs
 2600 Chester Kimm Road
 P.O. Box 1688
 Wenatchee, Washington 98807
 Telephone: (509) 662-3685
 Facsimile: (509) 662-2452
 E-mail: ClayG@jdsalaw.com

STIPULATION REGARDING PLAINTIFF'S
MOTION FOR PRELIMINARY APPROVAL OF
CLASSWIDE SETTLEMENT - 6
42H9879

**Jeffers, Danielson, Sonn & Aylward, P.S.**
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, Washington 98807-1688
Telephone: (509) 662-3685 / Facsimile: (509) 662-2452