# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAURA ZAMORA JORDAN, as her separate estate, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>Defendant. | Case No.  2:14-CV-0175-TOR<br><br>CIVIL MINUTES<br><br>DATE:   3/30/2018<br><br>LOCATION:   Telephonic<br><br>SCHEDULING CONFERENCE |

### CHIEF JUDGE THOMAS O. RICE

| Linda Hansen | LC 02 | | Mark Snover |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Clay M Gatens<br>Blythe Chandler<br>Michael Daudt | | *For Nationstar:*<br>John A Knox, Mary Kate Sullivan & Jan Chilton<br><br>*For Intervenor Federal Housing Finance Agency:*<br>Daniel Gibbons | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |

[  ] Open Court          [  ] Chambers          [ X ] Telephonic

All parties present in by telephone.

**The Court set a Bench Trial for July, 30 2018 in Spokane.**

The Court directed counsel to refile the motions filed at ECF Nos. 295 and 249 if the parties want those considered by the Court.

The Court will set a deadline for filing final motions in limine.

| CONVENED:  10:00 AM | ADJOURNED:  10:06 AM | TIME:  6 MINS | [ X ] ORDER FORTHCOMING |
|---|---|---|---|