# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| LAURA ZAMORA JORDAN, as her separate estate, and and on behalf of others similarly situated<br>*Plaintiff*<br>v.<br>NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:14-CV-0175-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: All claims and causes of action in this matter are DISMISSED with prejudice according to the Court's Order Granting Final Approval of Class Action Settlement and Granting Motion for Award of Attorney's Fees, Costs and Service Award (ECF No. 412).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Thomas O. Rice    on Plaintiff's Motion for Order Granting Final Approval of Class Action Settlement (ECF No. 388) and Nationstar's Joinder (ECF No. 393).

Date: May 2, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen