UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAURA ZAMORA JORDAN, as her separate estate, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company,<br><br>Defendant,<br><br>and<br><br>FEDERAL HOUSING FINANCE AGENCY,<br><br>Intervenor. | NO. 2:14-CV-0175-TOR<br><br>ORDER AMENDING FINAL APPROVAL OF CLASS ACTION SETTLEMENT |

BEFORE THE COURT is Chapter 7 Trustee Terrence J. Donahue's ratification and request for payment of the settlement awards for bankruptcy class members John David Pearce and Tamara Lynnmarie Annas.  ECF No. 414.  The Court liberally construes this notice as seeking relief under Fed. R. Civ. P. 60 and

ORDER AMENDING FINAL APPROVAL OF CLASS ACTION SETTLEMENT ~ 1

its retained jurisdiction to effectuate the settlement. The Court's "Order Granting Final Approval of Class Action Settlement and Granting Motion for Award of Attorneys' Fees, Costs and Service Award" filed yesterday at ECF No. 412 is **AMENDED** as follows:

Page 14: The bankruptcy trustees only sought payment of the settlement proceeds into the bankruptcy proceedings for ~~eleven (11)~~ <u>thirteen (13)</u> other class members' that are listed below. Accordingly, the Court directs that all remaining settlement awards for the bankruptcy class members in categories E, F, and G, be sent directly to the debtors as these awards have not been timely claimed by the trustees.

Page 31-32, paragraph 11:

The Settlement Administrator shall pay the following bankruptcy trustees the final calculated settlement amounts for administration and disbursal in bankruptcy court with respect to the following class members:

| **BANKRUPTCY TRUSTEE** | **CLASS MEMBER** | **CASE NO.** | **EST. AMOUNT** |
|---|---|---|---|
| **Kathryn A. Ellis**<br>5506 6th Ave. S., Suite 207<br>Seattle, WA 98108 | Scott Huntington | 09-48196 | $10,142.51 |
| **Dennis Lee Burman**<br>P.O. Box 1620<br>Marysville, WA 98270 | Dawna D. Grenell (and Mark D. Grenell) | 14-16158 | $19,405.82 |

ORDER AMENDING FINAL APPROVAL OF CLASS ACTION SETTLEMENT ~ 2

| | | | |
|---|---|---|---|
| **Dennis Lee Burman**<br>P.O. Box 1620<br>Marysville, WA 98270 | Douglas P. Schwartz | 16-12104 | $28,032.32 |
| **Edmund Wood**<br>303 N. 67th Street<br>Seattle, WA 98103-5209 | Paul D. Nguyen (and Hong Thi Tran) | 10-15805 | $10,876.40 |
| **Edmund Wood**<br>303 N. 67th Street<br>Seattle, WA 98103-5209 | Joshua L. Witherell | 11-15318 | $13,954.25 |
| **Michael P. Klein**<br>330 Madison Ave. S., Suite 110<br>Bainbridge Island, WA 98110 | Marya Noyes | 14-18298 | $30,813.52 |
| **Nancy L. James**<br>15008 – 63rd Drive SE<br>Snohomish, WA 98296 | Travis William Griffin | 14-17258 | $14,438.07 |
| **Mark D. Waldron**<br>6711 Regents Blvd. W., Suite B,<br>Tacoma, WA 98466 | Jodi Asbun | 14-45025 | $17,395.25 |
| **Mark D. Waldron**<br>6711 Regents Blvd. W., Suite B,<br>Tacoma, WA 98466 | Ismail Arslangiray | 11-42290 | $10,874.95 |
| **Mark D. Waldron**<br>6711 Regents Blvd. W., Suite B,<br>Tacoma, WA 98466 | John Troy | 14-42531 | $22,560.29 |
| **Mark D. Waldron**<br>6711 Regents Blvd. W., Suite B,<br>Tacoma, WA 98466 | Karen Woodsum | 14-40749 | $18,366.85 |
| **Terrence J. Donahue**<br>1201 Pacific Ave., Ste. 1200<br>Tacoma, WA 98402 | John Pearce | 16-43728 | $16,579.37 |

ORDER AMENDING FINAL APPROVAL OF CLASS ACTION SETTLEMENT ~ 3

| **Terrence J. Donahue**<br>1201 Pacific Ave.,<br>Ste. 1200<br>Tacoma, WA 98402 | Tamara Annas | 14-46309 | $22,938.59 |
|---|---|---|---|

The District Court Executive is directed to enter this Amended Order and provide copies to counsel. No amended Judgment will be filed in this **closed** case.

**DATED** May 3, 2019.



THOMAS O. RICE
Chief United States District Judge

ORDER AMENDING FINAL APPROVAL OF CLASS ACTION SETTLEMENT ~ 4